|  | IN THE CIRCUIT COURT OF THE 20th JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA |
|---|---|
| MARY JANE HAYS AND KENNETH R. HAYS, SR, | CASE NO.: 23-CA-008743 |
| Plaintiffs, | |
| v. | |
| NATIONAL SPECIALTY INSURANCE COMPANY, | |
| Defendant. _____/ | |

# **PLAINTIFFS' COMPLAINT FOR BREACH OF CONTRACT & DEMAND FOR JURY TRIAL**

COME NOW Plaintiffs, MARY JANE HAYS AND KENNETH R. HAYS, SR, through the undersigned counsel, and hereby file this Complaint against Defendant, NATIONAL SPECIALTY INSURANCE COMPANY, and as grounds therefore state as follows:

1. This is an action for damages in excess of FIFTY THOUSAND DOLLARS ($50,000.00), exclusive of interest, attorneys' fees and costs, and is otherwise within the jurisdictional limits of this Court.

2. At all times material hereto, Defendant was an insurance company authorized to do business in the State of Florida and doing business in Lee County, Florida.

3. At all times material hereto, the damaged property was located in Lee County, Florida.

4. Prior to the fire damage sustained during the policy period, Plaintiffs sought and purchased homeowner's insurance from Defendant to cover the property located at 3662 Sabal Springs Blvd, North Fort Myers, FL 33917 (hereinafter "Insured Property"). Said policy of

insurance, which is believed to be Policy Number VUW-HO-632233, was issued by Defendant to Plaintiffs to provide property insurance coverage for the Insured Property.

5. At all times material hereto, Plaintiffs and Defendant had a policy of insurance, Policy No. VUW-HO-632233 (hereinafter "Contract"). A copy of the Contract is attached hereto and incorporated herein by reference as "**Exhibit A**".

6. Plaintiffs have paid the premiums for the Contract prior to the direct physical fire damage sustained during the policy period.

7. During the policy period, the Insured Property sustained direct physical damage as a result of a fire.

8. The Contract described in Paragraph 5 above was in full force and effect during the policy period in which the direct physical damage occurred.

9. Defendant received timely notice of the loss.

10. Defendant assigned the loss reported by Plaintiffs and described in Paragraph 7 above a claim number believed to be VEL23056360.

11. Defendant and its agents requested and were given access and the opportunity to inspect the Insured Property and the reported damage arising from the loss described in Paragraph 7 above, as well as given the opportunity to gather documents and conduct an examination under oath.

12. This is an action relating to Defendant's breach of Contract for its failure to properly pay the full amount of insurance proceeds owed to Plaintiffs.

13. Plaintiffs have complied with section 627.70152, Florida Statute.

14. Jurisdiction and venue of this matter are proper in the Circuit Court for Lee County, Florida.

## COUNT I – BREACH OF CONTRACT

15. Plaintiffs reallege and reincorporate paragraphs 1-14 as if fully stated herein, and further allege as follows:

16. During the above Contract period the Insured Property sustained direct physical damages due to fire.

17. Plaintiffs provided timely notice of the loss, described in Paragraph 7, above to the Defendant.

18. Plaintiffs have complied with all obligations and conditions precedent to this lawsuit which would entitle Plaintiffs to recover benefits under the Contract, or such conditions have been waived.

19. Defendant has failed to provide complete coverage for the physical damages that occurred during the Contract period.

20. This failure is contrary to the terms of the Contract and constitutes a breach of the Contract.

21. Plaintiffs have been damaged by this breach in the form of unpaid insurance proceeds needed to restore the Insured Property to its pre-loss condition as a result of Defendant refusing to pay the full amount owed under the Contract.

22. As a direct and proximate result of Defendant's breach of Contract, Plaintiffs have been required to retain the services of the undersigned attorneys to represent and protect the interests of Plaintiffs, and Plaintiffs have become obligated to pay them a reasonable fee for their services in bringing this action.

23. In the event that Plaintiff prevail in this action, Plaintiff is entitled to an award of attorneys' fees and costs pursuant to section 627.70152, 627.428, 626.9373 and 57.041, Florida Statutes and/or other Florida Law.

WHEREFORE, Plaintiffs demand judgment against Defendant for damages, including but not limited to damages owed under the Contract, attorneys' fees and costs.

## DEMAND FOR JURY TRIAL

Plaintiffs further demand a trial by jury of all issues so triable as a matter of right.

*[Certificate of Service on Following Page]*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a certified copy of the foregoing has been served on Defendant.

**KANNER & PINTALUGA, P.A.**
Attorneys for Plaintiffs
2020 Ponce De Leon, PH2
Coral Gables, FL 33134
Phone: (561) 424-0032
Fax:    (866) 641-4690
**Court Phone Number: (1-888) 824-7834**
Email: agonzalez@kpattorney.com
          kmorales@kpattorney.com
          FirstPartyEService@kpattorney.com

By: /s/ Anthony J. Gonzalez, Esq.
      ANTHONY J. GONZALEZ, ESQ.
      Florida Bar No.: 1002987