# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FORT MYERS DIVISION

MARY JANE HAYS AND KENNETH R. HAYS, SR,

    Plaintiffs,

v.                                              Case No. 2:23-CV-00683-JLB-KCD

NATIONAL SPECIALTY INSURANCE COMPANY,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiffs', MARY JANE HAYS AND KENNETH R. HAYS, SR by and through the undersigned counsel, hereby file this Notice of Settlement notifying this Honorable Court that the parties have resolved this matter.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished to Defendant via electronic mail this 16 day of December 2024.

                                                **KANNER & PINTALUGA, P.A.**
                                                Attorneys for Plaintiff
                                                2020 Ponce De Leon, PH2
                                                Coral Gables, FL 33134
                                                Phone: (561) 424-0032

        Fax:   (866) 641-4690
        Email: agonzalez@kpattorney.com
                kmorales@kpattorney.com
                FirstPartyEService@kpattorney.com

By: <u>/s/ Anthony J. Gonzalez</u>
    ANTHONY J. GONZALEZ, ESQ.
   Florida Bar No.: 1002987